UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mario Carlos Cabo

   v.                                           Case No. 23-cv-66-JL-AJ

FCI Berlin, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 18, 2024.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: February 22, 2024

cc:    Mario Carlos Cabo, pro se
        Seth R. Aframe, AUSA